IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOSEPH L. SMITH
ADC # 154867     PETITIONER

v.     No. 5:14-cv-20-DPM-HDY

RAY HOBBS, Director, Arkansas
Department of Correction     RESPONDENT

## ORDER

Opposed recommendation, № 12, adopted. FED. R. CIV. P. 72(b)(3). The circuit court's decision rejecting Smith's ineffectiveness claims was not objectively unreasonable. № 6-3; *Penry v. Johnson*, 532 U.S. 782, 792-93 (2001).

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

13 June 2014