IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JOSEPH L. SMITH**
**ADC # 154867**                                                                   **PETITIONER**

v.                              No. 5:14-cv-20-DPM

**RAY HOBBS, Director, Arkansas**
**Department of Correction**                                                       **RESPONDENT**

## JUDGMENT

Smith's petition for writ of habeas corpus is dismissed with prejudice. A certificate of appealability will not issue because Smith has not made a substantial showing of the violation of a constitutional right. 28 U.S.C. § 2253(c)(2).

_____
D.P. Marshall Jr.
United States District Judge

13 June 2014